CARL ASCHENBACH, APPELLANT, v. THE INHABITANTS OF THE CITY OF PLAINFIELD ET AL., RESPONDENTS.

Argued May 17, 1939—Decided September 22, 1939.

For the appellant, *Joseph J. Mutnik.*

For the respondent, *William Newcorn.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Porter in the Supreme Court.

*For affirmance*—The Chancellor, Chief Justice, Parker, Bodine, Heher, Perskie, Dear, Wells, WolfsKeil, Rafferty, Hague, JJ. 11.

*For reversal*—None.